DEBRA RIGSBEE BRASWELL    )
                          )
      v.                )        ORDER
                          )
PATRICIA SAULS          )

No. 575P85

(Filed 1 October 1985)

UPON consideration of the plaintiff's petition for a writ of certiorari to review the decision of the Court of Appeals, the Supreme Court enters the following order:

> The order entered by Judge Bailey on 12 July 1985 vacating the order of immunity signed by Judge Brannon and filed 1 July 1985 is hereby vacated on the authority of *Wellons v. Lassiter*, 200 N.C. 474, 157 S.E. 434 (1931), without prejudice to any later procedurally appropriate challenge to the 1 July 1985 order.

By order of the Court in conference, this the 1st day of October, 1985.

BILLINGS, J.
For the Court